### 29962. HARRIS *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of making whisky. The verdict was authorized by the evidence; and the special grounds of the motion for new trial are without merit.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED FEBRUARY 23, 1943.

*T. Reuben Burnside* and *W. Tom Veazey,* for plaintiff in error. *J. Cecil Davis, solicitor-general,* contra.